IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIPPUR DAVID, #49850-280,<br>　　Petitioner,<br><br>v.<br><br>C. RIVERS,<br>　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:23-cv-00501-E (BT) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 18, 2023, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

Petitioner paid the filing fee before this Court. If Petitioner files a notice of appeal, he will need to pay the filing fee or file a motion for leave to proceed *in forma pauperis*.

**SO ORDERED** this 2nd day of January, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE